**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**CUMBERLAND FARMS DAIRY PRODUCTS, INC., Respondent.**

**No. 14, Docket 28058.**

United States Court of Appeals
Second Circuit.

Argued Oct. 2, 1963.

Decided Oct. 2, 1963.

Melvin Welles, N. L. R. B., Washington, D. C. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel and Allison W. Brown, Jr. and Paula Omansky, Attys., N. L. R. B., on the brief), for petitioner.

Robert J. McGarry, Providence, R. I. (Owen P. Reid and Graham, Reid, Ewing & Stapleton, Providence, R. I., on the brief), for respondent.

Before LUMBARD, Chief Judge, and FRIENDLY and SMITH, Circuit Judges.

PER CURIAM.

In open court we grant the petition of the National Labor Relations Board for

---

1. 42 U.S.C.A. §§ 416(i) and 423.

enforcement of its order of November 30, 1962, 139 NLRB No. 121, except that we direct that there be deleted from the decree Paragraph 1.(d) of the Trial Examiner's recommended order adopted by the Board. We find substantial evidence in the record to support the Board's findings that the respondent violated § 8(a) (3) and (1) of the National Labor Relations Act, 29 U.S.C. § 151 et seq.